# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| | : | |
| **vs.** | : | **NO. 07-40-01** |
| | : | |
| **JOHN WORMAN** | : | |

## O R D E R

**AND NOW,** this   24th   day of June, 2014, upon consideration of the defendant's *pro se* motion to be placed in federal custody (Document #255) and the government's response thereto (Document #287), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.